**FILED**
CLERK, U.S. DISTRICT COURT
JAN 21 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> Edward Lopez </br> Defendant. | Case No. EDCR 08-0099-R </br> ORDER OF DETENTION AFTER HEARING </br> (Fed.R.Crim.P. 32.1(a)(6) </br> 18 U.S.C. § 3143(a) </br> Allegations of Violations of </br> Probation/Supervised Release </br> Conditions) |

On arrest warrant issued by the United States District Court for the Central Dist. of Cal. involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( X ) the appearance of defendant as required; and/or

   B. ( X ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. ( X ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _See PSA report_

B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: 1-21-16

Frederick F. Mumm
United States Magistrate Judge